UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>Geoffrey Abel Blythe,<br><br>　　　　Debtor. | Bk. No. 8:18-bk-07001-MGW<br><br>Chapter 13<br><br>OBJECTIONS TO PROPOSED<br>AMENDED CHAPTER 13 PLAN<br>AND CONFIRMATION THEREOF<br><br>Confirmation Hearing –<br>Date: 12/03/2018<br>Time: 1:35 p.m.<br>Place: US Bankruptcy Court<br>　　　　Courtroom 8A<br>　　　　801 N. Florida Ave.<br>　　　　Tampa, Florida |

The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2, secured creditor in the above-entitled Bankruptcy case, its assignees and/or successors in interest, holds the junior lien on the subject property generally described as **3326 S. Lockwood Ridge Rd., Sarasota, Florida 34239**, and hereby submits the following objections to the confirmation of that certain Amended Chapter 13 Plan (the "Plan") proposed by Debtor:

## SALE OF PROPERTY

The Secured Creditor objects to the Debtor's Chapter 13 Plan as the Plan calls for the Debtor to sell the property. The Debtor has failed to file a Motion to Sell in order to seek court approval or obtain consent from Carrington Mortgage Services, LLC as stated in the proposed Plan. Secured Creditor objects to this treatment as the loan matures in 2021 and should receive

1

full payoff funds to satisfy its lien. Secured Creditor requests that its entire claim be paid in full or seek approval from Secured Creditor for any amount paid that does not satisfy the claim.

In addition, the Plan fails to provide adequate protection payments to the Secured Creditor and states the Secured Creditor is adequately protected by the proposed sale of the property. However, per the value of the property stated in Debtors schedules there is not enough equity to support the Debtor not making adequate protections payments.

Secured Creditor requests that if the property is not sold by December 31, 2018 Debtor must amend the plan within 14 days to surrender the property and grant Secured Creditor in rem and in personam relief.

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Amended Chapter 13 Plan as proposed by Debtor, be denied.

WHEREFORE, secured creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For attorneys' fees and costs incurred herein.

(3) For such other relief as this Court deems proper.

Dated: 11/30/18

/s/ Jay D. Passer
Jay D. Passer, Esq., FBN 438634
Jay D. Passer, P.A.
Transworld Center
4100 W. Kennedy Blvd, Suite 322
Tampa, FL 33609
(813) 281-1103
tbcc2@verizon.net
C.241-7554.NF

2

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically or by regular U.S. Mail, postage prepaid, on:

Geoffrey Abel Blythe
3326 S. Lockwood Ridge Road
Sarasota, FL 34239
Debtor

David Lampley
The Dellutri Law Group, PA
1436 Royal Palm Square Blvd.
Fort Myers, FL 33919
Debtor's Attorney

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571
Chapter 13 Trustee

U.S. Trustee
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Dated: 11/30/18

/s/ Jay D Passer

3